IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FRANK N. MANDIGO, PETER W. ROBINSON, )<br>DEREK E. TYLER, ANDREAS BOEGEL, )<br>HANS-ACHIM KUHN, FRANK M. KEPPELER )<br>and JOERG SEEGER, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>HONORABLE DAVID J. KAPPOS, )<br>In his official capacity as UNDER SECRETARY )<br>OF COMMERCE FOR INTELLECTUAL )<br>PROPERTY AND DIRECTOR OF THE UNITED )<br>STATES PATENT AND TRADEMARK OFFICE )<br>)<br>    Defendant. )<br>)<br>) | Civil Action No. 1:12-cv-1193<br>(CMH/IDD) |

## JOINT MOTION TO REMAND WITHOUT PREJUDICE

Having come to agreement that this action should be remanded to the agency for further administrative proceedings, the parties to this action hereby jointly move the court to remand this case without prejudice to the United States Patent and Trademark Office for further administrative proceedings, each party to bear its own costs, including any possible attorneys' fees. A proposed order is attached for the court's convenience.

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

_____/s/_____
David R. Haarz (VSB #66234)
Harness, Dickey & Pierce, PLC

By:_____/s/_____
Bernard G. Kim
Assistant United States Attorney

–1–

11730 Plaza America Drive  
Suite 600  
Reston, Virginia 20190  
Telephone: 703-668-8000  
Fax: 703-668-8200  
dhaarz@hdp.com  
*Attorney for the Plaintiff*

Justin W. Williams U. S. Attorney's Building  
2100 Jamieson Avenue  
Alexandria, Virginia 22314  
(703) 299-3911 (direct)  
(703) 299-3983 (fax)  
bernard.kim@usdoj.gov  
*Attorney for the Defendant*

DATED: December 18, 2012

61042033.1