UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
DEC 21 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| FRANK N. MANDIGO, PETER W. ROBINSON, DEREK E. TYLER, ANDREAS BOEGEL, HANS-ACHIM KUHN, FRANK M. KEPPELER and JOERG SEEGER, <br><br> Plaintiff, <br><br> v. <br><br> HONORABLE DAVID J. KAPPOS, In his official capacity as UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE <br><br> Defendant. | Civil Action No. 1:12-cv-1193 (CMH/IDD) |

**[Proposed]**

## ORDER

Upon consideration of the parties' joint motion to remand this case without prejudice to the United States Patent and Trademark Office ("USPTO") for further administrative proceedings, and for good cause shown, it is hereby

ORDERED that the joint motion is GRANTED; and it is further

ORDERED that this action is REMANDED to the USPTO for further administrative proceedings; and it is further

ORDERED that this action be DISMISSED without prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of litigation.

/s/
Claude M. Hilton
United States District Judge

DATED: Dec. 21, 2012
Alexandria, Virginia